## HUDSON-FULTON CELEBRATION COMMITTEE v. HESS et al.

(Circuit Court, S. D. New York. September 29, 1909.)

BONDS (§ 5*)—BOND REQUIRED IN JUDICIAL PROCEEDING—FORMAL REQUISITES.
 A bond, signed by a bonding company alone, may be accepted as a compliance with an order requiring a party to a suit to file a bond to secure a payment, but not prescribing its form.
 [Ed. Note.—For other cases, see Bonds, Dec. Dig. § 5.*]

Suit by the Hudson-Fulton Celebration Committee against Emil C. Hess and others. On motion for approval of bond. Motion granted.

S. O. Edmonds, for complainant.

Maurice B. Gluck, for defendants.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

LACOMBE, Circuit Judge. The order merely required the complainants to "file a bond in the sum of $5,000 to secure payment." Nothing was prescribed as to the form, whether it should be executed by a principal and surety, or by the guarantor alone. The bond offered is a sufficient compliance with the terms of the order, and it appears, from the copy of the charter of the National Surety Company, that it has power to make such bonds.

The papers now submitted meet the criticism advanced as to proof of execution, and the bond is approved, and may be filed nunc pro tunc as of September 24, 1909.